373 A.2d 1130

Commonwealth v. Moore, Appellant.

Submitted June 14, 1976.  Michael D. Fioretti, and Peruto, Ryan & Vitullo, for appellant;  Pamela Esposito, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.